Opinion issued December 12, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00326-CV

____________


TOM DEAN JOHNS, Appellant


V.


MARCELINE H. JOHNS, Appellee






On Appeal from the 127th District Court 

Harris County, Texas

Trial Court Cause No. 1999-61596






O P I N I O N

 Appellant has filed a motion to dismiss this appeal. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed without prejudice 
Tex. R. App. P. 42.1(a).

 Appellee's motion to dismiss for want of prosecution is dismissed as moot.

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Dugan. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.